No. 96–1421.   TRIEM v. ALASKA BAR ASSN.   Sup. Ct. Alaska. Certiorari denied.

No. 96–1464.   CAT CONTRACTING, INC., ET AL. v. INSITUFORM TECHNOLOGIES, INC., ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 96–1490.   SUNDWALL v. CONNECTICUT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 96–1495.   DENOUDEN v. UNIVERSITY OF WASHINGTON ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–1541.   ALLEN ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 96–1543.   PAPPAS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 96–1547.   MALIK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 96–6673.   STEVEN L. ET AL. v. BOARD OF EDUCATION OF DOWNERS GROVE GRADE SCHOOL DISTRICT No. 58.   C. A. 7th Cir.   Certiorari denied.

No. 96–7119.   MORENO RAMOS v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 96–7321.   DAVIS v. BURKS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 96–7348.   VEALE ET UX. v. CITIBANK, F. S. B.   C. A. 11th Cir.   Certiorari denied.

No. 96–7397.   GUERRIERO v. LUFTHANSA GERMAN AIRLINES, INC.   App. Ct. Mass.   Certiorari denied.

No. 96–7598.   JONES v. NEVADA;
No. 96–7683.   EVERHART v. NEVADA;
No. 96–7684.   GAUTHIER v. NEVADA;
No. 96–7685.   DORTCH v. NEVADA;
No. 96–7997.   MACALINO v. NEVADA;
No. 96–8031.   WOOD v. NEVADA; and
No. 96–8196.   BONTA v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.   Reported below: 112 Nev. 1724 (Jones), 1715 (Everhart), 1718 (Gauthier), 1713 (Dortch), 1729 (Macalino), 1751 (Wood), and 1707 (Bonta).